CATHERINE E. AROSTEGUI, SBN 118756
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone:  (916) 325-2100
Facsimile:  (916) 325-2120
Email:  carostegui@beesontayer.com

Attorneys for Plaintiff Trustees on Behalf of Teamsters Benefit Trust

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>HAROLD SMITH & SON, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 14-CV-02338 NC<br><br>[~~PROPOSED~~] ORDER RE PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE AND RELATED DEADLINES |

Having considered Plaintiff's Ex Parte Motion and Declaration of Catherine E. Arostegui in support thereof, the Court finds good cause exists to continue the Case Management Conference and corresponding dates as follows:

　　1.　The Case Management Conference will be continued from August 20, 2014 at 10:00 a.m. in Courtroom A of the San Francisco Courthouse until October 1, 2014 at 10:00 a.m. in Courtroom A of the San Francisco Courthouse.

　　2.　The Rule 26(f) Report, Initial Disclosures and Case Management Conference Statement filing deadline will be continued from August 13, 2014 to September 24, 2014.

　　3.　Plaintiff's motion for default judgment due September 24, 2014.

**IT IS SO ORDERED**

Dated:  July 30, 2014　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE NATHANAEL COUSINS
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED /s/ Nate — Judge Nathanael M. Cousins]*

[~~PROPOSED~~] ORDER RE PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE AND RELATED DEADLINES
Case No. 14-CV-02338 NC

435893.doc

1